IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

JEFFREY LOUCKS,

                         Plaintiff,

                                              Civ. Action No.  1:03-CV-0562
           vs.                                              (NAM/RFT)

VILLAGE OF COBLESKILL POLICE
DEPARTMENT; MICHAEL O'BRIEN
LT., *Individually, and as Uniformed Police
Officer;* and MAYNARD SULLIVAN, III,
*Individually, and as Uniformed Police Officer*

                         Defendants.

_____

APPEARANCES:                        OF COUNSEL:

FOR PLAINTIFF:

Office of Randall E. Kehoe          RANDALL E. KEHOE. ESQ.
127 Madison Avenue
Albany, NY 12202

FOR DEFENDANTS:

Donohue, Sabo Law Firm              BRUCE S. HUTTNER, ESQ.
24 Aviation Road
Albany, NY 12212-5056

NORMAN A. MORDUE, U.S. DISTRICT JUDGE

JUDGMENT DISMISSING ACTION
BASED UPON SETTLEMENT

Pursuant to the notice of settlement filed on January 27, 2006, by attorney

Huttner, that the parties have entered into an agreement in settlement of all claims

in this action, and that they reasonably anticipate finalizing their agreement

shortly, following which this action will be discontinued, with prejudice, by

stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Based upon this development, I find that it is not necessary for this action to

remain on the court's active docket.

It is therefore hereby

ORDERED, as follows:

1) This action is dismissed, with prejudice, except as set forth below.

2) The court will retain complete jurisdiction to vacate this order and to

reopen the action within four months from the date of this order upon cause shown

that the settlement has not been completed and further litigation is necessary.

3) The Clerk shall forthwith serve copies of this judgment upon the

parties and/or their attorneys appearing in this action by first class mail.


Dated: January 30, 2006
     Syracuse, New York

Norman A. Mordue
U.S. District Judge